UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re HARRIS,

Case No. 20-cv-05998-JST

**ORDER OF DISMISSAL**

In notices dated August 25, 2020, the Clerk of the Court directed plaintiff to complete a civil rights complaint form and an *in forma pauperis* application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. ECF Nos. 3, 4. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's *in forma pauperis* application. More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Any request to reopen this case must be accompanied by a civil rights complaint form and an *in forma pauperis* application. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 9, 2020

_____
JON S. TIGAR
United States District Judge